Form ovacdsm (10/2009)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

Tonita Henderson

Case Number: 10–22360–MLB
Chapter: 13

Debtor(s).

**ORDER VACATING ORDER OF DISMISSAL**
**Balance of Schedules/13 Stmt of Current Monthly&Disposable Income Filed10/26/2010/13 Plan Filed10/29**

An Order dismissing this case was entered on **November 29, 2010.**

The Court finds good cause to vacate the Order of dismissal due to **Balance of Schedules/13 Stmt of Current Monthly& Disposable Income Filed 10/26/2010/13 Plan Filed 11**. It is

ORDERED that the Order of Dismissal is vacated.

///End of Order///