Judge: Marc Barreca
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

TONITA HENDERSON

IN CHAPTER 13 PROCEEDING
NO. 10-22360

EX PARTE ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE SCHEDULES, STATEMENTS, PLAN OR LISTS

THIS MATTER comes before this Court pursuant to Interim Local Bankruptcy Rule 1017-2(b) upon the Chapter 13 Trustee's *ex parte* Application for an Order Dismissing Case for Failure to Timely File Schedules, Statements, Plan and/or Lists. The debtor having received notice of dismissal for failure to timely file required schedules, statements or lists, the Trustee having received no written objection, and the Court being otherwise fully advisedin the premises, now, therefore, it is hereby

ORDERED that this case is dismissed.

Dated: November 29, 2010

_____
U.S. Bankruptcy Judge

Presented by:

/s/ *K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA #8115
Chapter 13 Trustee

EX PARTE ORDER DISMISSING CASE

CM042

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax:(206) 624-5282
www.seattlech13.com

# CERTIFICATE OF NOTICE

```
District/off: 0981-2           User: aurellee              Page 1 of 1                Date Rcvd: Nov 29, 2010
Case: 10-22360                 Form ID: pdfltd             Total Noticed: 5

The following entities were noticed by first class mail on Dec 01, 2010.
db            +Tonita Henderson,    227 29th Ave E,    Seattle, WA 98112-4810
sr             Donny D. & Laverna L Clemens,   c/o Anderson Hunter Law Firm, P.S.,   ATTN: Patrick F. Hussey,
                PO Box 5397,   Everett, WA 98206-5397
sr             Maple Valley Capital, LLC,   Anderson Hunter Law Firm, P.S.,   ATTN: Patrick F. Hussey,
                PO Box 5397,   Everett, WA 98206-5397
sr             WADOT Capital, Inc., Servicing Agent for Beneficia,   Anderson Hunter Law Firm, P.S.,
                ATTN: Patrick F. Hussey,   PO Box 5397,   Everett, WA 98206-5397
sr             WADOT Capital, Inc., as Servicing Agent for Benefi,   c/o Anderson Hunter Law Firm, P.S.,
                ATTN: Patrick F. Hussey,   PO Box 5397,   Everett, WA 98206-5397
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2010**                    **Signature:** _Joseph Speetjens_